IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DIANE MARY FELTZ,

    Plaintiff,                                                    JUDGMENT IN A CIVIL CASE

v.                                                                              Case No. 13-cv-749-wmc

UNITED STATES,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Diane Mary Feltz's request for leave to proceed and dismissing this case.

| /s/ | 1/20/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |