IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIANE MARY FELTZ,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　13-cv-749-wmc

UNITED STATES,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant United States' motion to dismiss and dismissing this case with prejudice as time-barred under applicable statute of limitations.

| /s/ | 4/3/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |